**DENIED and Opinion Filed February 17, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00124-CV

## IN RE JOE JUDSON, JUDSON HOLDINGS, LLC, AND TDHNSU, LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17745**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Pedersen, III

Before the Court is relators' February 10, 2023 petition for writ of mandamus challenging the trial court's January 13, 2023 Order Granting Helen Clements' Motion to Compel Arbitration and Motion to Stay. Also before the Court is relators' February 10, 2023 Emergency Motion for Temporary Relief.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny relators' emergency motion as moot.


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230124F.P05